WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY
Brandon A. Newton (021565)
newtonb@mcao.maricopa.gov
Christine Stutz (019664)
stutzc@mcao.maricopa.gov
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 N. Central Avenue, Suite 1100
Phoenix, Arizona  85004
Telephone (602) 506-8541
ca-civilmailbox@mcao.maricopa.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenny W. Harris, a married man, | No. |
| Plaintiff, | **NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2012-018057 TO THE UNITED STATES DISTRICT COURT** |
| V. | |
| David R. Smith and Jane Doe Smith, husband and wife; Maricopa County, a body politic and corporate; XYZ Corporations, Partnerships, and Limited Liability Companies I-X; John Does and Jane Does I-X, | |
| Defendants. | |

Pursuant to 28 U.S.C. §1446(A) and Local Rule 3.6, Rules of Practice of the United States District Court for the District of Arizona, Defendants notice the removal of the above-captioned case, cause number CV2012-018057, from the Arizona Superior Court, Maricopa County, to this Court, and in support of removal assert the following:

1. On or about December 10, 2012, Plaintiff filed a Complaint against Defendants in the Superior Court of the State of Arizona for the County of Maricopa under the caption KENNY W. HARRIS v. DAVID R. SMITH and JANE DOE SMITH, husband and wife; MARICOPA COUNTY, a body politic and corporate; XYZ CORPORATIONS, PARTNERSHIPS, AND LIMITED LIABILITY COMPANIES I-X; *JOHN DOES AND JANE DOES I-X,* Cause No. CV2012-018057. A copy of the Complaint and all other documents previously filed in this matter and served on Defendants are attached hereto as Exhibit "A."

2. Defendants have not pled, answered or otherwise appeared in the action.

3. This Notice of Removal is filed within 30 days after service of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

4. The lawsuit filed in Maricopa County, among other claims, alleges the violation of Plaintiff's constitutional rights under 42 U.S.C. § 1983 and is brought pursuant to same.

5. By reason of the above facts, (a) the United States District Court has original jurisdiction of this civil actions pursuant to 28 U.S.C. §1331, because one or more claims asserted by the Plaintiff arises under the Constitution, laws, or treaties of the United States; and (b) the case is removable pursuant to 28 U.S.C. § 1441. All of the Defendants in this action are represented by the same counsel and consent to the removal of this action.

6. A Notice of Filing of Notice of Removal, a true and correct copy of which is attached as Exhibit "B", has been filed in the Superior Court for the State of Arizona, in and for the County of Maricopa, on behalf of Defendants.

**WHEREFORE,** Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

**RESPECTFULLY SUBMITTED** this 26th day of December 2012.

          WILLIAM G. MONTGOMERY
          MARICOPA COUNTY ATTORNEY

          By: /s/ Christine Stutz
              Brandon Newton
              Christine Stutz
              Deputy County Attorneys
              *Attorneys for Defendants Smith*
              *and Maricopa County*

. . .

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of December 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W Washington St
Phoenix Arizona  85003-2153

    I hereby certify that on the 26th day of December 2012 I served the attached document by U.S. Mail on the following, who is not a registered participant of the CM/ECF System:

Grant Woods
GRANT WOODS LAW
40 N Central Ave Ste 2250
Phoenix Arizona 85004
gw@grantwoodspc.com
*Attorney for Plaintiff*

Michael Riikola
40 N Central Ave Ste 2250
Phoenix Arizona 85004
mike.riikola@gmail.com
*Attorney for Plaintiff*

s/ Jennifer Christiansen
S:\HR\Matters\RM\2012\Harris, Kenny - RM12-0140\Pleadings\Federal Crt-CV\NOR 122612.docx