IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenny W. Harris, a married man, | No. |
| Plaintiff, | **INDEX** |
| V. | |
| David R. Smith and Jane Doe Smith, husband and wife; Maricopa County, a Body Politic and Corporate; XYZ Corporations, Partnerships, and Limited Liability Companies I-X; John Does and Jane Does I-X, | |
| Defendants. | |

Exhibits:

    A. Contents of Superior Court File No. CV2012-018057

    B. Superior Court Notice of Removal to the Federal District Court

    C. Supplemental Cover Sheet

    D. Civil Cover Sheet